# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LAURA POWERS, | ) <br> ) <br> ) <br> ) Case No.: <br> ) |
| Plaintiff, | ) |
| vs. | ) **COMPLAINT AND DEMAND** <br> ) **FOR JURY TRIAL** |
| THE COLLECTION ANALYST, INC. and JUDITH D. RETELSDORF, | ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

COMES NOW the Plaintiff by and through her attorneys, Pamela A. Car and William L. Reinbrecht of Car & Reinbrecht, P.C., L.L.O., and alleges and states that this is an action brought by an individual consumer for Defendants' violations of the Fair Debt Collection Practices Act, (hereinafter referred to as the "FDCPA") 15 U.S.C. § 1692 *et seq*. and the Nebraska Consumer Protection Act, Neb.Rev.Stat. § 59-1601 *et seq*. (hereinafter referred to as the "NCPA") In support of her claims, the Plaintiff states and alleges as follows:

## JURISDICTION AND PARTIES

1. That subject matter jurisdiction of this Court arises under 15 U.S.C. § 1692k, actionable through 28 U.S.C. §1331 and other provisions of the law.

2. That venue is proper in this Court for the reason that the claim on which this suit is based happened in this Judicial District.

1

3. That Plaintiff Laura Powers is a resident of Omaha, Nebraska and a "consumer" as that term is contemplated in §1692a(3) of the FDCPA.

4. That Defendant THE COLLECTION ANALYST, INC. (hereinafter "COLLECTION ANALYST") is a debt collector and a Nebraska corporation with an office in Omaha, Nebraska and doing the business of collecting debts in this state.

5. That Defendant Judith D. Retelsdorf (hereinafter "RETELSDORF") is an attorney practicing and with an office in Omaha, Nebraska, and doing the business of collecting debts in this state.

## FACTUAL BACKGROUND

6. On July 25, 2016, Defendants filed a lawsuit in the county court of Douglas county Nebraska, which is may be found at Case No.: CI 16-13361. A true and correct copy of the county court collection complaint is designated "Exhibit A" attached hereto and incorporated herein.

7. Defendants' county court collection complaint states a claim for "goods or services" for the purpose of collecting attorneys' fees and prejudgment interest pursuant to Neb.Rev.Stat. § 25-1801 without meeting the statutory requirements.

8. Defendants did not present Miss Powers with a demand before filing suit against her.

9. Miss Powers made payments on the alleged account, which have not been properly credited against the account.

10. Defendants' actions violate 15 U.S.C. § 1692e, § 1692e(2)(A), § 1692e(2)(B), § 1692e(9), § 1692e(10), § 1692f and § 1692f(1), as well as Neb.Rev.Stat. § 59-1602.

### CAUSE OF ACTION 1
### Fair Debt Collection Practices Act

COMES NOW the Plaintiff and for her First Cause of Action against the Defendant, states and alleges as follows:

11. Plaintiff restates each and every allegation set forth in her previous Cause of Action as if fully set forth herein.

12. That during the course of attempting to collect the alleged debt, Defendants violated 15 U.S.C. § 1692e, § 1692e(2)(A), § 1692e(2)(B), § 1692e(9), § 1692e(10), § 1692f and § 1692f(1) as Defendants:

    a) made false or misleading statements in connection with the attempted collection of said debt; and

    b) made false representations as to the character, amount, or legal status of the debt.

WHEREFORE, Plaintiff prays for a judgment against the Defendants for statutory damages, general damages, actual damages, statutory attorney fees, costs

of this suit and for such other and further relief as the Court shall deem appropriate.

## CAUSE OF ACTION 2
### Violation of the Nebraska Consumer Protection Act

COMES NOW the Plaintiff and for her Second Cause of Action, states and alleges as follows:

13. Plaintiff restates each and every allegation set forth in her previous Cause of Action as if fully set forth herein.

14. Defendants' actions described above violate provisions of the NCPA, Neb.Rev.Stat. § 59-1601 *et seq*.

15. That this claim is in the public interest.

WHEREFORE, Plaintiff prays for a judgment against Defendant for her actual damages, statutory attorney fees, statutory damages for each such violation, costs, and for further relief as the Court shall deem appropriate.

Dated: June 28, 2017

Laura Powers, Plaintiff,

By: */s/ William L. Reinbrecht*
Pamela A. Car, #18770
William L. Reinbrecht, #20138
Car & Reinbrecht, P.C., L.L.O.
8720 Frederick Street, Suite 105
Omaha, NE 68124
(402) 391-8484 Telephone
(402) 391-1103 Facsimile
E-mail: billr205@gmail.com
Attorneys for the Plaintiff

## JURY DEMAND

Plaintiff demands a trial by jury as to all issues so triable in Omaha, Nebraska.

By: */s/ William L. Reinbrecht*
William L. Reinbrecht, #20138