UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| LAURA POWERS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE COLLECTION ANALYST, INC. and JUDITH D. RETELSDORF,<br><br>Defendants. | Case No. 8:17-CV-229<br><br>**JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

Plaintiff and Defendants above-named hereby submit this Joint Motion for Final Approval of Class Action Settlement pursuant to Fed. R. Civ. P. 23.

In support of this Motion, the Parties show to the Court as follows:

1. This motion is made jointly for the Final Approval of Class Action Settlement.

2. On June 28, 2017, Plaintiff filed the above-captioned class action lawsuit, asserting class claims against Defendants under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq*. (FDCPA), and the Nebraska Consumer Protection Act (NCPA), Neb. Rev. Stat. § 59-1601, *et seq*.

3. The Parties subsequently entered into a class-wide settlement agreement. A copy of the Agreement was filed as Exhibit 1 in the Index of Evidence in Support of Unopposed Motion for Preliminary Approval of Class Action Settlement. (Filing 27-1).

4. On July 19, 2018, the Court adopted the Findings and Recommendation of the Magistrate Judge and entered an Order preliminarily approving the Class Action Settlement. (Filing Nos. 30 & 31)

5. In accordance with the Class Action Fairness Act of 2005 ("CAFA") and pursuant to 28 U.S.C. § 1715, Defendants' counsel served notice of the proposed settlement on the United States Attorney General and the Nebraska Attorney General. (Filing No. 36) Counsel for Defendants has not received any objections from those offices. (Affidavit of John C. Ochoa Regarding CAFA Notices, Index Ex. 2).

6. Class-Settlement.com (the Settlement Administrator) mailed written notice of the settlement to the class on August 17, 2018. (Affidavit of Dorothy Sue Merryman, Index Ex. 1)

7. The Class Notice informed class members of their rights under the Agreement, including their rights to object to or exclude themselves from the settlement. In order to exclude himself or herself or object to the settlement, class members needed to do so by October 17, 2018. To date, no requests for exclusion or objections have been received. (Affidavit of Dorothy Sue Merryman Index Ex. 1)

8. Each of the 127 FDCPA class members will receive a pro rata share of the FDCPA Fund ($4,000.00) or $31.49. Each of the NCPA class members will

receive a pro rata share of the balance of the NCPA Fund after ($9,733.58) or $26.52 each. Because all FDCPA class members are also part of the NCPA class – each FDCPA class member will receive $26.52 and $31.49, which totals $58.01 from the Settlement Funds. The NCPA actual damages will be paid in amounts based on Defendants' records. Pursuant to the spreadsheet produced by Defendants, the total amount of actual damages paid the NCPA Settlement Fund is $16,266.42. (Exhibit 4 – Chart; court exhibit)

9. Pursuant to Fed.R.Civ.P. 23(e), the Parties now seek final certification and approval of the proposed class action settlement. Specifically, the Parties request that the Court enter the Final Order and Judgment [Proposed] included as Exhibit 3 in the Index of Evidence in Support of Joint Motion for Final Approval of Class Action Settlement, filed with this Motion.

10. In further support of this Motion, the parties are filing a Brief in Support of Motion for Final Approval of Class Action Settlement, and a supporting Index.

11. A chart showing the proposed distribution of the settlement Funds is included in the Index filed herewith.

12. A separate motion for the approval of Plaintiff's attorneys' fees and costs was filed on August 15, 2018, and is before the Court. (Filing Nos. 33, 34 & 35)

13. Counsel for The Collection Analyst, Inc. requests leave to participate in the Final Hearing via telephone.

WHEREFORE, the parties respectfully and jointly move this Court for final certification, final approval of the proposed class action settlement, and entry of the Final Order and Judgment.

**Car & Reinbrecht, P.C., LLO**

Dated: November 19, 2018    By: */s/ William L. Reinbrecht*
Pamela A. Car, #18770
William L. Reinbrecht, #20138
2120 S. 72nd Street, Suite 1125
Omaha, NE 68124
1 (402) 391-8484
1 (402) 391-1103 – Fax
pacar@cox.net
billr205@gmail.com

**Horwitz, Horwitz & Associates**
O. Randolph Bragg
25 East Washington Street, Suite 900
Chicago, IL 60602
1 (312) 372-8822
1 (312) 372-1673 – Fax
rand@horwitzlaw.com

*Attorneys for Plaintiff*

4

SMITH AMUNDSEN, LLC

Dated: November 19, 2018    By: */s/ John C. Ochoa*
John C. Ochoa (IL #6302680) *pro hac vice*
150 North Michigan Avenue, Suite 3300
Chicago, IL 60601
Telephone:   312-894-3238
Facsimile:    312-997-1868
jochoa@salawus.com

*Attorneys for The Collection Analyst, Inc.*

WAITE, MCWHA & HENG

Dated: November 19, 2018    By: */s/ Patrick M. Heng*
Patrick M. Heng, #17704
Waite, McWha & Heng
P.O. Box 38
North Platte, NE 69103
pheng@northplattelaw.com

*Attorneys for Judith D. Retelsdorf*

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2018 I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the following:

Patrick M. Heng
Waite, McWha & Heng
P.O. Box 38
North Platte, NE 69103
pheng@northplattelaw.com

John Ochoa
Smith Amundsen LLC
150 North Michigan Avenue, Suite 3300
Chicago, Illinois 60601
jochoa@salawus.com

Michael T. Gibbons
Woodke & Gibbons, PC, LLO
Historic Inns of Court
619 N. 90 Street
Omaha, NE 68114
mgibbons@woglaw.com

                                            By: */s/William L. Reinbrecht*
                                                William L. Reinbrecht, #20138