# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LAURA POWERS, on behalf of herself and all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>THE COLLECTION ANALYST, INC., and JUDITH D. RETELSDORF,<br><br>Defendants. | **8:17CV229**<br><br>**JUDGMENT** |

Pursuant to the order approving class action settlement entered this date,

IT IS ORDERED:

1. Judgment is entered in favor of the plaintiff class and against defendants in the amount of $30,000.00 in accordance with the Settlement Agreement ([Filing No. 27-1](#))

2. Judgment for attorney fees in the amount of $28,500.00 is entered in favor of the plaintiff class and against defendants.

3. Judgment for costs in the amount of $440.62 is entered in favor of the plaintiff class and against defendants.

4. Judgment for statutory damages in the amount of $2000.00 and for an incentive award of $2000.00 is entered in favor of representative plaintiff Laura Powers and against the defendants.

5. This action is dismissed.

Dated this 20th day of December 2018.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge